PER CURIAM.
Affirmed. Gentry v. Smith, 487 F.2d 571 (5th Cir.1973); Sears Roebuck & Co. v. Jackson, 433 So.2d 1319 (Fla. 3d DCA 1983); Seaboard Coast Line R. Co. v. Burdi, 427 So.2d 1048 (Fla. 3d DCA), review dismissed, 431 So.2d 988 (Fla.1983); Bornstein v. Raskin, 401 So.2d 884 (Fla. 3d DCA 1981); Goldberg v. McCabe, 313 So.2d 47 (Fla. 3d DCA 1975); Karl v. David Ritter, Sportservice, Inc., 164 So.2d 23 (Fla. 3d DCA 1964); Fla.R.Civ.P. 1.470(b).